1   Jack R. Nelson (SBN 111863)
    Email:  jnelson@reedsmith.com
2   Keith D. Yandell (SBN 233146)
    Email:  kyandell@reedsmith.com
3   Alicia A. Adornato (SBN 254228)
    Email:  aadornato@reedsmith.com
4   REED SMITH LLP
    101 Second Street, Suite 1800
5   San Francisco, CA  94105-3659
    Telephone:     +1 415 543 8700
6   Facsimile:     +1 415 391 8269

7   Attorneys for Defendants Wells Fargo &
    Company and Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSTAFA TOFIGHBAKHSH,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1-25, inclusive,<br><br>Defendant. | Case No. C 10-00830 SC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 11, 2010 AND HEARING ON DEFENDANTS' MOTION TO DISMISS TO JULY 23, 2010**<br><br>Compl. Filed:     December 23, 2009<br><br>Honorable Samuel Conti |

Pursuant to N.D. Cal. Civil L.R. 6-2, Defendants Wells Fargo & Company[1] and Wells Fargo Bank, N.A. and Plaintiff Mostafa Tofighbakhsh (collectively, "Parties") jointly submit this Stipulated Request and [Proposed] Order Continuing Case Management Conference to August 11, 2010 and Hearing On Defendants' Motion to Dismiss to July 23, 2010.

---

[1] Defendants submit this Stipulation subject to, and reserving all rights regarding, their position that Wells Fargo & Company was fraudulently joined in this action.

– 1 –

1  WHEREAS, Plaintiff has filed a Motion to Remand, which is currently set to be heard on
2  May 28, 2010;

3
4  WHEREAS, Defendants have filed a Motion to Dismiss, which is currently set to be heard
5  on June 25, 2010;

6  WHEREAS, the initial case management conference in this action is currently set for June
7  16, 2010;

8
9  WHEREAS, the Parties wish to conserve resources by having the Court determine the
10 following threshold issues before the first case management conference: (a) whether the Court has
11 jurisdiction over this dispute and, (b) whether Plaintiff has stated a claim for relief;

12  WHEREAS, there have been no previous modifications of time in this case;

13
14  WHEREAS, the Parties do not anticipate this modification will have any significant impact
15 on the case;

16  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
17 undersigned Parties, through their counsel of record, subject to the approval of the Court, as follows:

18
19  1.   The Case Management Conference currently on calendar for June 16, 2010 shall be
20 continued to August 11, 2010.

21  2.   Defendants' Motion to Dismiss currently on calendar for June 25, 2010 shall be
22 continued to July 23, 2010.

23
24
25 DATED: May 25, 2010

/s/ Ali Abtahi
*Signatory concurs in the filing of this document*
26   aabtahi@abtahilaw.com
   ABTAHI LAW FIRM
27  1528 S. El Camino Real, Suite 204
   San Mateo, CA 94402
28  Phone (650) 341-1300; Fax (650) 341-1303;

– 2 –    US_ACTIVE-103752344.1-KYANDELL 5/25/10 12:03 PM

Stipulated Request and [Proposed] Order Continuing Case Management Conference to August 11, 2010 and Hearing on
Defendants' Motion to Dismiss to July 23, 2010

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1         T. Christopher Tuck (*pro hac vice* pending)
          ctuck@rpwb.com
2         Daniel O. Myers (Admitted *pro hac vice)*
        RICHARDSON, PATRICK, WESTBROOK &
3         BRICKMAN, LLC
        1037 Chuck Dawley Blvd., Bldg. A
4         Mt. Pleasant, SC 92464
        Phone (843) 727-6500; Fax (843) 216-6509
5         ***Attorneys for Plaintiffs***

8         /s/ Keith Yandell_____
9         Jack R. Nelson (SBN 111863)
          jnelson@reedsmith.com
10        Keith Yandell (SBN 233146)
         kyandell@ReedSmith.com
11        REED SMITH LLP
        Two Embarcadero Center, Suite 2000
12        San Francisco, CA 94120-7936
        Phone: (415) 543-8700; Fax: (415) 391-8269
13        ***Attorneys for Defendants***

– 3 –   US_ACTIVE-103752344.1-KYANDELL 5/25/10 12:03 PM

Stipulated Request and [Proposed] Order Continuing Case Management Conference to August 11, 2010 and Hearing on Defendants' Motion to Dismiss to July 23, 2010

# **ORDER**

Pursuant to the stipulated request of the parties, this Court hereby orders that:

1. The Case Management Conference currently on calendar for June 16, 2010 shall be continued to ~~August 11, 2010~~. August 13, 2010.

2. Defendants' Motion to Dismiss currently on calendar for June 25, 2010 shall be continued to July 23, 2010.

Date: 6/2/10



HONORABLE SAMUEL CONTI

IT IS SO ORDERED
Judge Samuel Conti

– 4 –   US_ACTIVE-103752344.1-KYANDELL 5/25/10 12:03 PM

Stipulated Request and [Proposed] Order Continuing Case Management Conference to August 11, 2010 and Hearing on Defendants' Motion to Dismiss to July 23, 2010

Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Keith D. Yandell (SBN 233146)
Email: kyandell@reedsmith.com
Alicia A. Adornato (SBN 254228)
Email: aadornato@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendants Wells Fargo &
Company and Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSTAFA TOFIGHBAKHSH,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1-25, inclusive,<br><br>Defendant. | Case No. C 10-00830 SC<br><br>**DECLARATION OF KEITH D. YANDELL**<br><br>Compl. Filed:      December 23, 2009<br><br>Honorable Samuel Conti |

I, KEITH D. YANDELL, DECLARE:

1. I am an attorney at law, licensed to practice in the Northern District of California, and an associate at the law firm of Reed Smith LLP, attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.  I make the following declaration of my own knowledge, and if called as a witness I could and would testify to the same.

– 1 –

Declaration of Keith D. Yandell

2. The Parties in this case jointly request that the Court continue the Case Management Conference currently on calendar for June 16, 2010 to August 11, 2010, and the Motion to Dismiss currently on calendar for June 25, 2010 to July 23, 2010, because they would like to conserve resources by first resolving the issues of whether this Court has jurisdiction over this matter and whether Plaintiff has stated a claim for relief.

3. The Parties have not previously modified the court's schedule in this action.

4. The Parties do not anticipate this modification will have any significant impact on the case.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 25, 2010

By____/s/ Keith D. Yandell_____